UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAMA HASSOUN AND KAREN A. HASSOUN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., *et al*.,<br><br>Defendants. | Case No.: 09-cv-03261-GEB-GGH<br><br>**ORDER TO RESET THE INITIAL STATUS CONFERENCE**<br><br>Date: March 22, 2010<br>Time: 9 A.M.<br>Ctrm.: 10, 13th Floor<br>Judge: Hon. Garland E. Burrell, Jr. |

Pursuant to the Stipulation submitted by plaintiffs Osama and Karen A. Hassoun and defendants Wells Fargo Bank, N.A. and First American LoanStar Trustee Services, and good cause appearing, IT IS HEREBY ORDERED that the Status Conference currently scheduled for March 29, 2010, is hereby reset to June 28, 2010, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

I**T IS SO ORDERED.**

DATED: 3/18/10

GARLAND E. BURRELL, JR.
United States District Judge