IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSAMA HASSOUN and KAREN A. HASSOUN, | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-cv-03261-GEB-KJN |
| v. | ) ) | RELATED CASE ORDER |
| WELLS FARGO BANK, N.A., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC, and DOES 1-100, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| OSAMA HASSOUN and KAREN A. HASSOUN, | ) ) ) | 2:10-cv-01358-JAM-JFM |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WELLS FARGO BANK, N.A., FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC, and DOES 1-100, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 123(a), since they involve the same parties and are based on the same or similar claims.

IT IS THEREFORE ORDERED that action 2:10-cv-01358-JAM-JFM is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge

1

1 | John F. Moulds for all further proceedings, and any dates
2 | currently set in the reassigned case are VACATED.
3 |     IT IS FURTHER ORDERED that the caption on documents filed in
4 | the reassigned case shall show the case number as 2:10-cv-01358-GEB-
5 | JFM.  The Clerk shall make an appropriate adjustment in the assignment
6 | of civil cases to compensate for this reassignment and shall issue
7 | Judge Garland E. Burrell, Jr.'s Order Setting Status (Pretrial
8 | Scheduling) Conference in 2:10-cv-01358-GEB-JFM setting a status
9 | conference for October 18, 2010, at 9:00 a.m.
10 | Dated: June 15, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

28 John